IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Springdale OK SPE LLC,** *et al.***,** | |
| Plaintiffs, | |
| v. | Case No. CIV-21-543-PRW |
| **Wehner Multifamily, LLC,** *et al.***,** | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Springdale OK SPE LLC, Summer Oaks Realty SPE LLC, and Bryan Hill SPE LLC and Defendants Wehner Multifamily LLC and Wehner Construction Management, LLC, hereby stipulate to the dismissal of Wehner Construction Management, LLC, from the above-entitled action without prejudice to the future filing thereof.

Submitted this 26th day of May, 2022.

*s/ Seth A. Day*
Seth A. Day, OBA #20670
Ty E. Schoenhals, OBA #33607
**HALL, ESTILL, HARDWICK,**
**GABLE, GOLDEN & NELSON, P.C.**
100 N. Broadway Avenue
BancFirst Tower, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
sday@hallestill.com
tschoenhals@hallestill.com
**ATTORNEYS FOR PLAINTIFFS**

2611150.1:008299.00002

*s/ Robert A. Bragalone*
Robert A. Bragalone, OBA #31898
Calvert R. McMahon, OBA #32069
**GORDON & REES, LLP**
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 431-4714
Facsimile: (214) 461-4053
bbragalone@grsm.com
cmcmahon@grsm.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2022, the undersigned caused a true and correct copy of the foregoing pleading to be served electronically on those parties requesting electronic service via the Court's ECF system.

*s/ Seth A. Day*